DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | 2:13-CR-304-JCM-CWH |
| Plaintiff,                        ) | |
|                                   ) | GOVERNMENT'S MOTION FOR AN |
| v.                                ) | ARREST WARRANT |
|                                   ) | |
| CHAD HENRY LOFTIN,                ) | |
|                                   ) | |
| Defendant.                        ) | |

    Comes now, the United States of America, by and through counsel, DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and hereby moves this Court to issue an arrest warrant pursuant to the Federal Grand Jury returning an Criminal Indictment in the above-captioned case (*see* Docket #1).

    Respectfully submitted this, the 6th day of August, 2013.

                                  DANIEL G. BOGDEN
                                  United States Attorney

                                  /s/ Phillip N. Smith, Jr.

                                  PHILLIP N. SMITH, JR.
                                  Assistant United States Attorney