# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cr-00304-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHAD LOFTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Defendant Loftin's Motion to Compel Production of Cell Phone Records (#46), filed March 24, 2014. Shortly after the motion was filed, the undersigned entered an order shortened the time for the Government to respond to March 27, 2014. *See* Min. Order (#47). The parties subsequently stipulated to continue the deadline for response to April 7, 2014, to allow for ongoing plea negotiations and to give the Government the opportunity to confer with the Las Vegas Metropolitan Police Department legal department concerning the requested information. No response was filed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." *See* Local Criminal Rule 47-9. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Loftin's Motion to Compel Production of Cell Phone Records (#46) is **granted**. The Government shall provide all responsive information immediately upon receipt of this Order.

DATED: April 10, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**