UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-304 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| CHAD HENRY LOFTIN, | |
| Defendant(s). | |

Presently before the court is defendant's motion to reopen evidentiary hearing on defendant's motion to suppress. (Doc. # 90). The government filed a response (doc. # 93), and defendant filed a reply (doc. # 94).

Also before the court are Magistrate Judge Hoffman's report and recommendation. (Doc. # 44). Defendant filed an objection (doc. # 76), and the government filed a response (doc. # 79).

On January 8, 2014, the magistrate judge conducted an evidentiary hearing on defendant's motion to suppress evidence. (*See* doc. # 26). The magistrate judge prepared a report and recommendation regarding this issue on March 13, 2014. Defendant now requests that the evidentiary hearing on this matter be reopened in light of new information.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to reopen evidentiary hearing on defendant's motion to suppress be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Magistrate Judge Hoffman's report and recommendation (doc. # 44) be VACATED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    The court hereby recommits the matter to Magistrate Judge Hoffman with instructions to
2    reopen the evidentiary hearing and to submit a report and recommendation following the close of
3    the evidentiary hearing.
4    DATED November 5, 2014.

_____
UNITED STATES DISTRICT JUDGE