RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Chad Henry Loftin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CHAD HENRY LOFTIN,<br><br>            Defendant. | 2:13-cr-304-JCM-CWH<br><br>**STIPULATION FOR THE ADMISSION<br>OF ADDITIONAL EVIDENCE** |

IT IS AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for defendant CHAD HENRY LOFTIN, hereby submit this Stipulation for the Admission of Additional Evidence for the Court's consideration.

1. On November 20, 2014, the Court reopened the evidentiary hearing in this matter in order to receive new evidence. (CR #99, Minutes of Proceedings). At the conclusion of that hearing, undersigned counsel for the Defendant sought to introduce records from JP Morgan Chase concerning the transaction activity of Mr. Loftin's EBT card. Undersigned counsel for the Defendant had just received the records the morning of the hearing and provided the records to the Government at the conclusion of the hearing. The Court requested that counsel meet and confer concerning the records and if additional testimony needed to be received by the Court for their admission.

///

1  2. The parties have met and conferred and now stipulate to the admission of the JP Morgan Chase records as Defendant's Exhibit I, which are attached to this stipulation. The parties further stipulate that the third column from the right titled "Log Time," lists the time the transaction was processed. This time is reported in miliary time, and the times listed are recorded in Eastern Standard Time.

2. The parties further stipulate that the Food 4 Less, located at 3864 W. Sahara, Las Vegas, NV, is a distance of 0.9 miles from the Siegel Suites located at 2817 W. Sahara Ave., Las Vegas, NV.

3. The parties request the Court accept this additional evidence and consider it in drafting its Report and Recommendation.

DATED this 21st day of January, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| */s/ Heidi A. Ojeda*<br>By:_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender<br>Counsel for Chad Henry Loftin | */s/ Phillip N. Smith, Jr.*<br>By:_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHAD HENRY LOFTIN,<br><br>　　　　Defendant. | Case No.: 2:13-cr-304-JCM-CWH |

**<u>ORDER</u>**

　　IT IS THEREFORE ORDERED that the attached JP Morgan Chase records are admitted as Defendant's Exhibit I.

　　IT IS FURTHER ORDERED that the Court will accept into evidence, without additional testimony, the fact that the Food 4 Less, located at 3864 W. Sahara, Las Vegas, NV, is a distance of 0.9 miles from the Siegel Suites located at 2817 W. Sahara Ave., Las Vegas, NV.

　　DATED __22__ day of January, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　 C.W. Hoffman, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　 United States Magistrate Judge

# EXHIBIT I

# EXHIBIT I

**JPMorganChase**

Edith Frazier
Telephone: (817) 399-6801
Facsimile: (817) 399-5481

Texas Subpoena Processing
Mail Code TX1-0053
14800 Frye Road
Fort Worth, Texas 76155

11/20/2014

AFPD Heidi A Ojeda
Law Offices of the Federal Public Defender
411 E Bonneville, Suite 250
Las Vegas, Nevada 89101

RE: Subpoena Type: Prepaid Card / State or Federal Agency
    Case Name: United States of America V. Chad Henry Loftin
    Case No.: 2:13-cr-304-JCM-CWH
JPMorgan Chase File No.: SB603181-F1

Dear AFPD Heidi A Ojeda :

In response to your request, we have enclosed copies of account records regarding the above-referenced matter served upon JPMorgan Chase Bank, N.A. . See attached inventory listing for details.

If you have any questions, please call me at (817) 399-6801.

Sincerely,

Edith Frazier
Document Review Specialist

Enclosure



## INVENTORY LISTING

**CHASE FILE NO.: SB603181-F1**

Customer Name: Chad Loftin
Account No.: 5077159010756568
Request Type: PrePaid Debit Card -Transaction History/Card Information
Date Range: 7/5/2013 - 7/6/2013
Comment: 7/1/13 - 7/6/13

Unable to locate additional records responsive to the subpoena and/or request with the information provided.

Copies of items $1.00 or less have not been provided

Name: Chad Loftin

EDA#: 03200242341

| Debit Account | Log Date | Log Time | Card Number | Merchant Name | TI | TS | Amount | Terminal ID | Location | City | State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03200242341 | 20130701 | 11190726 | 5077159010756568 | DOLLAR GEN | 1 | 0 | 62.89 | 58369403 | 3700 E CHARLESTON BLV | LAS VEGAS | NV |
| 03200242341 | 20130701 | 08362619 | 5077159010756568 | BENEFIT UPDATE | 2 | 4 | 200.00 | | | | |
| 03200242341 | 20130702 | 20402803 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 9.56 | 00M9LI20 | 2691 W SAHARA | LAS VEGAS | NV |
| 03200242341 | 20130702 | 20400450 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 0.00 | 00M9LI20 | 2691 W SAHARA | LAS VEGAS | NV |
| 03200242341 | 20130702 | 14555764 | 5077159010756568 | REBEL 2156 | 1 | 0 | 6.98 | 98137001 | 4220 E SAHARA AVENUE | LAS VEGAS | NV |
| 03200242341 | 20130702 | 04515048 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 0.99 | 00MPK320 | 15 N LAMB BLVD | LAS VEGAS | NV |
| 03200242341 | 20130702 | 01194265 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 13.31 | 00MPK320 | 15 N LAMB BLVD | LAS VEGAS | NV |
| 03200242341 | 20130703 | 03242550 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 9.36 | 00MPK320 | 15 N LAMB BLVD | LAS VEGAS | NV |
| 03200242341 | 20130705 | 21234922 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 9.28 | 00M9LI20 | 2691 W SAHARA | LAS VEGAS | NV |
| 03200242341 | 20130705 | 12203444 | 5077159010756568 | 7-ELEVEN | 1 | 0 | 9.14 | 00M9LI20 | 2691 W SAHARA | LAS VEGAS | NV |
| 03200242341 | 20130706 | 00280796 | 5077159010756569 | FOOD 4 LES | 1 | 0 | 9.98 | KFO51506 | 3864 W SAHARA | LAS VEGAS | NV |

11