UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-304 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CHAD HENRY LOFTIN, | |
| Defendant(s). | |

Presently before the court are Magistrate Judge Hoffman's report and recommendation ("R&R") regarding defendant Chad Henry Loftin's motion to suppress evidence for a fourth amendment violation. (Doc. # 108).

On March 31, 2015, defendant Loftin pled guilty to count one of the indictment through a plea agreement. Therefore, defendant's motion to suppress certain evidence which the government wished to use against him at trial is now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Hoffman's report and recommendation (doc. # 108) and defendant Loftin's motion to suppress evidence for fourth amendment violation (doc. # 26) be, and the same hereby are, DENIED as moot.

DATED April 1, 2015.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**