NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Liberty #900
Reno, Nevada 89501
Elizabeth.O.White@usdoj.gov
775-784-5438
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>CHAD LOFTIN,<br><br>     Defendant. | Case No  2:13-cr-00304-JCM-CWH<br><br>**Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion** |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Assistant Federal Public Defender Heidi Ojeda, counsel for Chad Loftin, that the government's response to Mr. Loftin's Emergency Motion for Order Reducing Sentence to Time Served, and Modifying Judgment under 18 U.S.C. § 3582 (c)(1)(A)(i) to Extend Period of Supervised Release, With a Portion of That Time to be Served on Home Confinement (ECF No. 134) be extended to and including July 13, 2020.

This stipulation is entered into for the following reasons:

    1.    Mr. Loftin filed his motion on July 1, 2020. ECF No. 134.

2. Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on July 6, 2020.

3. Undersigned government counsel has been out of the district on annual leave for the Independence Day holiday weekend since July 1, and will return to the office on Wednesday, July 8. When she returns, she believes she will need an additional 5 days, to and including July 13, 2020, to review the motion, related medical records, and other records, and prepare and file the government's response.

4. Loftin's counsel consents to this extension of time.

DATED this 5th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: *s/ Heidi Ojeda*<br>Heidi Ojeda<br>Asst. Federal Public Defender<br>*Counsel for Chad Loftin* | By: *s/ Elizabeth O. White*<br>Elizabeth O. White<br>Assistant United States Attorney<br>*Counsel for the United States* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00304-JCM-CWH |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| CHAD LOFTIN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Emergency Motion for Order Reducing Sentence to Time Served, and Modifying Judgment under 18 U.S.C. § 3582 (c)(1)(A)(i) to Extend Period of Supervised Release, With a Portion of That Time to be Served on Home Confinement (ECF No. 134) be due on July 13, 2020.

DATED July 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

3