UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>CHAD HENRY LOFTIN,<br><br>Defendant(s). | Case No. 2:13-CR-304 JCM (CWH)<br><br>ORDER |

Presently before the court is defendant Chad Loftin's emergency motion for compassionate release. (ECF No. 134). The United States of America ("the government") filed a response without opposition. (ECF No. 138).

For the offense of felon in possession of a firearm, defendant was sentenced to 96 months in prison. (ECF No. 134). He has served over 80 percent of his sentence. Defendant lives with several chronic medical conditions, including Crohn's disease, Hepatitis C, and a history of pulmonary embolisms. (ECF No. 135).

The parties are in rare agreement that defendant is at high risk of severe harm from the COVID-19 pandemic. (ECF Nos. 134, 138). The parties agree that defendant should be released. (*Id.*). This court grants defendant's order. (ECF No. 134).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for compassionate release (ECF No. 134) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant's sentence of imprisonment be, and the same hereby is, MODIFIED to CREDIT FOR TIME SERVED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant shall be quarantined for a 14-day period prior to being released, consisted with BOP policy. Defendant shall be released from custody within 48 hours after the expiration of his 14-day quarantine.

IT IS FURTHER ORDERED that defendant's counsel shall, within 7 days of this order, contact the BOP to arrange transportation.

IT IS FURTHER ORDERED that defendant shall serve the remaining portion of the original term of imprisonment (as calculated by the BOP) as supervised release with the special condition that he shall be subject to home incarceration without the requirement of electronic monitoring for the time being.

IT IS FURTHER ORDERED that defendant shall not be required to report to the U.S. Probation Office in person. However, within 72 hours of his release, defendant shall contact the U.S. Probation Office by telephone to check in.

IT IS FURTHER ORDERED that defendant shall be restricted to his residence at all times (home incarceration) except for medical necessities and or other activities specifically approved by U.S. Probation or this court.

IT IS FURTHER ORDERED that defendant shall serve supervised release as originally imposed.

IT IS FURTHER ORDERED that, in light of the COVID-19 pandemic, current standard condition originally imposed mandating that defendant work at least 30 hours per week at a lawful type of employment and participate in community service is temporarily suspended.

IT IS FURTHER ORDERED that all other conditions of supervision originally imposed shall remain in effect.

DATED August 10, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**