RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Chad Henry Loftin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CHAD HENRY LOFTIN,<br><br>             Defendant. | Case No. 2:13-CR-00304-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, that the Preliminary Hearing currently scheduled on February 10, 2022 at 3:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties are discussing a potential global resolution and need additional time to negotiate.

　　　　2.　　Government's counsel is in trial starting Monday, February 7, 2022.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED this 3rd day of February, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CHAD HENRY LOFTIN,<br><br>       Defendant. | Case No. 2:13-CR-00304-JCM-CWH-1<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, February 10, 2022 at 3:30 p.m., be vacated and continued to  February 28  at the hour of 3:30 p.m.  ; or to a time and date convenient to the court.

     DATED this 10 day of February, 2022.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE