RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Chad Henry Loftin

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHAD HENRY LOFTIN,<br><br>            Defendant. | Case No. 2:13-CR-00304-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, that the Revocation Hearing currently scheduled on April 8, 2022 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Loftin has a related pending state case, the resolution of which will potentially impact his guidelines. Thus, the defendant requests to continue the scheduled supervised release hearing to allow his state case to resolve.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 25th day of March 2022.


RENE L. VALLADARES                        CHRISTOPHER CHIOU
Federal Public Defender                      Acting United States Attorney


        */s/ Benjamin F. J. Nemec*                    */s/ Bianca R. Pucci*
By_____          By_____
BENJAMIN F. J. NEMEC                      BIANCA R. PUCCI
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

CHAD HENRY LOFTIN,

                Defendant.

Case No. 2:13-CR-00304-JCM-CWH-1

**ORDER**

       IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 8, 2022 at 10:30 a.m., be vacated and continued to **June 10, 2022**, at the hour of **11:00 a.m.;** or to a time and date convenient to the court.

       DATED March 29, 2022.

                                 _____
                                   UNITED STATES DISTRICT JUDGE