RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Chad Henry Loftin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD HENRY LOFTIN,<br><br>　　　　　Defendant. | Case No. 2:13-CR-00304-JCM-CWH-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Chad Henry Loftin, that the Preliminary Hearing currently scheduled on April 8, 2022 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Loftin has a related pending state case, the resolution of which will potentially impact his guidelines. Thus, the defendant requests to continue the preliminary hearing to allow his state case to resolve.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the preliminary hearing.

DATED this 30th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>CHAD HENRY LOFTIN,<br><br>             Defendant. | Case No. 2:13-CR-00304-JCM-CWH-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Friday, April 8, 2022 at 3:00 p.m., be vacated and continued to June 13, 2022 at 2:30 p.m.

   DATED: April 1, 2022.

UNITED STATES MAGISTRATE JUDGE

3